IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GUSTAVO GUTIERREZ,

    Petitioner,

v.                                                                                                            No. CIV 11-0202 JB/DJS

UNITED STATES OF AMERICA,

    Respondent.

## FINAL JUDGMENT

**THIS MATTER** having come before the Court, *sua sponte* under rules 1(b) and 4 of the Rules Governing Section 2254 Cases and on the Petitioner's Petitioner For Writ Of Habeas Corpus Pursuant To 28 U.S.C. 2241 By Person In Federal Custody; and the Court having entered an order dismissing the petition,

**IT IS ORDERED** that judgment is hereby entered in favor of the Respondent, the Petitioner's Petitioner For Writ Of Habeas Corpus Pursuant To 28 U.S.C. 2241 By Person In Federal Custody is dismissed without prejudice, and this proceeding is dismissed.

                                                                    UNITED STATES DISTRICT JUDGE

*Parties:*

Gustavo Gutierrez
Milan, New Mexico

    *Plaintiff pro se*